1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ALICIA FRYREAR, an Individual d/b/a Raiderfry; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV13-06767 FMO (AGRx)<br><br>**FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST DEFENDANT ALICIA FRYREAR D/B/A RAIDERFRY**<br><br>Hon. Judge Fernando M. Olguin |

The Court, pursuant to the Stipulation for Entry of Final Judgment, including Permanent Injunction ("Stipulation"), by and between Plaintiff BEACHBODY, LLC ("Plaintiff"), on the one hand, and Defendant ALICIA FRYREAR ("Defendant"), on the other, hereby ORDERS, ADJUDICATES and DECREES that final judgment, including permanent injunction, shall be and hereby is entered on the Complaint for Damages in the above-referenced matter as follows:

1. **PERMANENT INJUNCTION.** Defendant and any person or entity acting in concert with, or at the direction of her, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which she may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

   a. copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's BEACHBODY® and INSANITY® trademarks and copyrights, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's BEACHBODY® and INSANITY® trademarks and copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

   b. performing or allowing others employed by or representing her, or under her control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's BEACHBODY® and INSANITY® trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

   c. engaging in any acts of federal and/or state trademark and/or copyright infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

   d. using any Internet domain name or website that includes any of Plaintiff's Trademarks and Copyrights, including the BEACHBODY® and INSANITY® marks or works.

/ / /

2.Defendant is ordered to deliver immediately for destruction all unauthorized products, including counterfeit BEACHBODY® and INSANITY® products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in her possession or under her control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

3.This Final Judgment, including Permanent Injunction, shall be deemed to have been served upon Defendant at the time of its execution by the Court.

4.The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Permanent Injunction against Defendant.

5.Plaintiff is entitled to recover and Defendant shall pay to Plaintiff the sum of Four Hundred Thirty Thousand Dollars ($430,000.00) on Plaintiff's Complaint for Damages.

6.**NO APPEALS AND CONTINUING JURISDICTION.**No appeals shall be taken from this Final Judgment, including Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Final Judgment, and the Permanent Injunction herein.

/ / /

/ / /

/ / /

7. **NO FEES AND COSTS.**  Each party shall bear its/her own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED and DECREED this 3rd day of December, 2013.

_____/s/_____
HON. FERNANDO M. OLGUIN
United States District Judge
Central District of California